JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAREH VARDANYAN, | ) Case No. CV10-0730-JHN (DTB) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| DEBORA JACKSON; MARIA FRANKO, | ) |
| Respondents. | ) |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: __January 13, 2012___

                                            JACQUELINE H. NGUYEN
                                            UNITED STATES DISTRICT JUDGE